# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

144137

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TOWNSHIP OF PENNFIELD,
   Plaintiff-Appellee,

v

              SC: 144137
              COA: 301146
              Calhoun CC: 2010-001506-AR

BRUCE ALAN COLLARD,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the July 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

p0319